**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION**

**CHANDRA LYONS
ADC #704518**                                                                                          **PLAINTIFF**

**VS.**                                    **1:16CV-00160-BRW-BD**

**B. WILLIAMS,** *et al.*                                                                    **DEFENDANTS**

## ORDER

The Court has received a Recommended Disposition ("Recommendation") from Magistrate Judge Beth Deere, and no objections to the Recommendation have been filed. The Recommendation should be, and hereby is, approved and adopted in all respects.

Ms. Lyons's claims are DISMISSED, without prejudice, based on her failure to comply with the Court's December 2, 2016 Order.

IT IS SO ORDERED this 1st day of February, 2017.

/s/ Billy Roy Wilson
UNITED STATES DISTRICT JUDGE