**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION**

**CHANDRA LYONS
ADC #704518**                                                                                  **PLAINTIFF**

**VS.**                                          **1:16CV-00160-BRW-BD**

**B. WILLIAMS,** *et al.*                                                           **DEFENDANTS**

**JUDGMENT**

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED,

and ADJUDGED that this case is DISMISSED, WITHOUT PREJUDICE.

DATED this 1st day of February, 2017.


/s/ Billy Roy Wilson
UNITED STATES DISTRICT JUDGE